AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Davis, Brian J. | U. S. District Court, Middle District of Florida | 05/17/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U. S. District Judge | ☐ Nomination    Date <br> ☐ Initial    ✔ Annual    ☐ Final <br><br> **5b.** ☐ Amended Report | 01/01/2020 <br> **to** <br> 12/31/2020 |

**7. Chambers or Office Address**

Bryan Simpson United States Courthouse
300 North Hogan Street, Suite 11-400
Jacksonville, FL 32202

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member, Board of Directors | Jacksonville Public Education Fund, Inc. |
| 2. | Member, Trustee | The Community Foundation, Inc. |
| 3. | Member, Advisory Board of Directors | North Florida Council, Boy Scouts of America, Inc. |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

✔ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Brian J. | 05/17/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2020 | State of Florida Retirement | $133,910.28 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2020 | State of Florida Retirement |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Brian J. | 05/17/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Regions Bank | Mortgage on Investment Property, Jacksonville, FL | K |
| 2. NewRez, LLC | Mortgage on Investment Property, Jacksonville, FL | K |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Davis, Brian J.** | 05/17/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Citigroup Common Stock (X) | A | Dividend | J | T | | | | | |
| 2. Travelers Common Stock (X) | A | Dividend | J | T | | | | | |
| 3. Commuunity First Credit Union Accounts (X) | A | Interest | J | T | | | | | |
| 4. Regions Bank Accounts | A | Interest | L | T | | | | | |
| 5. VyStar Credit Union Accounts (X) | A | Interest | K | T | | | | | |
| 6. American Funds: American Mutual Fund | A | Dividend | J | T | | | | | |
| 7. Northwestern Mutual Rollover IRA (H) | | | | | | | | | |
| 8. Equity Income (MSA/T Rowe Price) | A | Dividend | J | T | | | | | |
| 9. Focused Appreciation (MSA/Loomis Sayles) | A | Dividend | J | T | | | | | |
| 10. Growth Stock (MSA/ T Rowe Price) | A | Dividend | J | T | | | | | |
| 11. US Small Cap Equity (RIF) | A | Dividend | J | T | | | | | |
| 12. International Equity (MSA/Franklin Tmpl) | A | Dividend | J | T | | | | | |
| 13. International Growth (MSA/FIAM LLC) | A | Dividend | J | T | | | | | |
| 14. International Developed Markets (RIF) | A | Dividend | J | T | | | | | |
| 15. Select Bond (MSA/Wells Capital Mgmt) | A | Dividend | J | T | | | | | |
| 16. Strategic Bond (RIF) | A | Dividend | J | T | | | | | |
| 17. High Yield Bond (MSA/Federated Inv.) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Davis, Brian J.** | 05/17/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. | Global Real Estate Securities (RIF) | A | Dividend | J | T | | | | | |
| 19. | Guaranteed Interest Fund I | A | Interest | K | T | | | | | |
| 20. | Investment Property, Jacksonville, FL (05/14/21 Appraisal:$126,030) | | None | M | Q | | | | | |
| 21. | Investment Property, Jacksonville, FL (05/14/21 Appraisal:$128,713) | | None | M | Q | | | | | |
| 22. | MetLife Variable Annuity, Fixed Account | A | Int./Div. | L | T | | | | | |
| 23. | NorthWestern Mutual Variable Annuity (H) | | | | | | | | | |
| 24. | John Hancock Value Mid-Cap | A | Dividend | | | Sold | 04/13/20 | J | | Seller:Northwestern Mutual |
| 25. | Russell Global Equity Y Fund Class S | A | Dividend | | | Sold | 02/10/20 | J | | Seller:Northwestern Mutual |
| 26. | Russell Multifactor International Equity Fund Class S | A | Dividend | | | Sold | 02/10/20 | J | | Seller:Northwestern Mutual |
| 27. | Russell Multifactor U. S. Fund | A | Dividend | | | Sold | 02/10/20 | J | | Seller:Northwestern Mutual |
| 28. | Russell U. S. Mid-Cap | A | Dividend | J | T | | | | | |
| 29. | Russell Emerging Markets Fund CL S | A | Dividend | | | Sold | 02/10/20 | J | | Seller:Northwestern Mutual |
| 30. | Russell Global Real Estate Securities Fund Class S | A | Dividend | | | Sold | 02/10/20 | J | | Seller:Northwestern Mutual |
| 31. | Russell Opportunistic Credit Fund Class S | A | Dividend | | | Sold | 02/10/20 | J | | Seller:Northwestern Mutual |
| 32. | Russell Global Infrastructure Fund Class S | A | Dividend | | | Sold | 02/10/20 | J | | Seller:Northwestern Mutual |
| 33. | Russell Commodity Strategies Fund | A | Dividend | | | Sold | 02/10/20 | J | | Seller:Northwestern Mutual |
| 34. | Russell Strategic Bond Fund | A | Dividend | | | Sold | 02/10/20 | J | | Seller:Northwestern Mutual |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Davis, Brian J.** | 05/17/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. Russell U. S. Small Cap Equity Fund Class S | A | Dividend | | | Sold | 02/10/20 | J | | Seller:Northwestern Mutual |
| 36. Vanguard Short Term Investment Grade A | A | Dividend | J | T | Buy | 02/10/20 | J | | Buyer: Northwestern Mutual |
| 37. TIAA Cref Mutual Funds Bd Fd Advisor | A | Dividend | J | T | Buy | 02/10/20 | J | | Buyer: Northwestern Mutual |
| 38. The Oakmark International Fund Class I | A | Dividend | J | T | Buy | 02/10/20 | J | | Buyer: Northwestern Mutual |
| 39. The Hartford World Bond Fund-I | A | Dividend | J | T | Buy | 02/10/20 | J | | Buyer: Northwestern Mutual |
| 40. Short Duration Infl Protection Bond | A | Dividend | J | T | Buy | 02/10/20 | J | | Buyer: Northwestern Mutual |
| 41. Real Estate Securities (I) | A | Dividend | J | T | Buy | 02/10/20 | J | | Buyer: Northwestern Mutual |
| 42. PIMCO Income I-2 | A | Dividend | J | T | Buy | 02/10/20 | J | | Buyer: Northwestern Mutual |
| 43. Northern Small Cap Value Fund | A | Dividend | J | T | Buy | 02/10/20 | J | | Buyer: Northwestern Mutual |
| 44. New World Fund-F2 | A | Dividend | J | T | Buy | 02/10/20 | J | | Buyer: Northwestern Mutual |
| 45. MFS Value Fund-I | A | Dividend | J | T | Buy | 02/10/20 | J | | Buyer: Northwestern Mutual |
| 46. GS Absolute Return Tracker | A | Dividend | J | T | Buy | 02/10/20 | J | | Buyer: Northwestern Mutual |
| 47. Global Multi-Strategy (I) | A | Dividend | J | T | Buy | 02/10/20 | J | | Buyer: Northwestern Mutual |
| 48. Fidelity Adv New Insights CLI | A | Dividend | J | T | Buy | 02/10/20 | J | | Buyer: Northwestern Mutual |
| 49. Europacific Growth Fund-F2 | A | Dividend | J | T | Buy | 02/10/20 | J | | Buyer: Northwestern Mutual |
| 50. DWS Enhanced Commodity Strategy-Inst | A | Dividend | J | T | Buy | 02/10/20 | J | | Buyer: Northwestern Mutual |
| 51. Dodge & Cox Income Fund | A | Dividend | J | T | Buy | 02/10/20 | J | | Buyer: Northwestern Mutual |

| | | | | |
|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Davis, Brian J.** | 05/17/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Baron Asset Fund Institutional Class | A | Dividend | J | T | Buy | 03/19/20 | J | | Buyer: Northwestern Mutual |
| 53. Short Duration Infl Protection Bond | A | Dividend | J | T | Buy | 04/13/20 | J | | Buyer: Northwestern Mutual |
| 54. IShares Gold TR IShares | A | Dividend | J | T | Buy | 04/13/20 | J | | Buyer: Northwestern Mutual |
| 55. Fidelity Adv New Insights CLI | A | Dividend | J | T | Buy | 04/13/20 | J | | Buyer: Northwestern Mutual |
| 56. WA Core Bond CLI | A | Dividend | J | T | Buy | 08/31/20 | J | | Buyer: Northwestern Mutual |
| 57. IShares TR MSCI USA Value | A | Dividend | J | T | Buy | 08/31/20 | J | | Buyer: Northwestern Mutual |
| 58. IShares TR ESG AWR US Agrgt | A | Dividend | J | T | Buy | 08/31/20 | J | | Buyer: Northwestern Mutual |
| 59. IShares Gold TR IShares | A | Dividend | J | T | Buy | 08/31/20 | J | | Buyer: Northwestern Mutual |
| 60. Goldman Sach ETF TR Activebeta US LG | A | Dividend | J | T | Buy | 08/31/20 | J | | Buyer: Northwestern Mutual |
| 61. Vanguard Short Term Investment Grade A | A | Dividend | | | Sold | 03/19/20 | J | | Seller:Northwestern Mutual |
| 62. TIAA Cref Mutual Funds BD FD Advisor | A | Dividend | | | Sold | 03/19/20 | J | | Seller:Northwestern Mutual |
| 63. The Hartford World Bond Fund-I | A | Dividend | | | Sold | 03/19/20 | J | | Seller:Northwestern Mutual |
| 64. Short Duration Infl Protection Bond | A | Dividend | | | Sold | 03/19/20 | J | | Seller:Northwestern Mutual |
| 65. PIMCO Income I-2 | A | Dividend | | | Sold | 03/19/20 | J | | Seller:Northwestern Mutual |
| 66. Global Multi-Strategy (I) | A | Dividend | | | Sold | 03/19/20 | J | | Seller:Northwestern Mutual |
| 67. Dodge & Cox Income Fund | A | Dividend | | | Sold | 03/19/20 | J | | Seller:Northwestern Mutual |
| 68. Vanguard Short Term Investment Grade A | A | Dividend | | | Sold | 04/13/20 | J | | Seller:Northwestern Mutual |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Brian J. | 05/17/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. DWS Enhanced Commodity Strategy -Inst | A | Dividend | | | Sold | 04/13/20 | J | | Seller:Northwestern Mutual |
| 70. Disciplined Value Mid Cap-I | A | Dividend | | | Sold | 04/13/20 | J | | Seller:Northwestern Mutual |
| 71. TIAA Cref Mutual Funds BD FD Advisor | A | Dividend | | | Sold | 08/31/20 | J | | Seller:Northwestern Mutual |
| 72. The Hartford World Bond Fund-I | A | Dividend | | | Sold | 08/31/20 | J | | Seller:Northwestern Mutual |
| 73. MFS Value Fund-I | A | Dividend | | | Sold | 08/31/20 | J | | Seller:Northwestern Mutual |
| 74. Fidelity Adv New Insights CLI | A | Dividend | | | Sold | 08/31/20 | J | | Seller:Northwestern Mutual |
| 75. DWS Enhanced Commodity Strategy-Inst | A | Dividend | | | Sold | 08/31/20 | J | | Seller:Northwestern Mutual |
| 76. NorthWest Mutual Whole Life Policy #1 | A | Dividend | J | T | | | | | |
| 77. NorthWest Mutual Whole LIfe Policy #2 | A | Dividend | K | T | | | | | |
| 78. NorthWest Mutual Whole Life Policy #3 | C | Dividend | M | T | | | | | |
| 79. American Funds: Growth and Income Fund #1 | A | Dividend | K | T | | | | | |
| 80. American Funds: Growth and Income Fund #2 | A | Dividend | K | T | | | | | |
| 81. American Funds: Growth and Income Fund #3 | A | Dividend | K | T | | | | | |
| 82. Regions Investment Accounts (H) | | | | | | | | | |
| 83. GS Fin Corp SR IDX ZRO LKD19 | A | Dividend | J | T | | | | | |
| 84. Brown Advisory Growth Equity Fund | A | Dividend | | | Sold | 03/12/20 | L | | Seller: Regions Bank |
| 85. DoubleLine Emerging Markets Fixed Income Fund | A | Dividend | | | Sold | 02/03/20 | J | | Seller: Regions Bank |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Brian J. | 05/17/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86.  Fidelity Money Market Portfolio | A | Dividend | | | Sold | 02/03/20 | K | | Seller: Regions Bank |
| 87.  Franklin Convertible Securities Fund | A | Dividend | | | Sold | 03/17/20 | J | | Seller: Regions Bank |
| 88.  Invesco S&P 500 Low Volatility ETF | A | Dividend | | | Sold | 03/17/20 | K | | Seller: Regions Bank |
| 89.  IShares Barclays 20+ Year Treasury Bond ETF | A | Dividend | | | Sold | 01/14/20 | J | | Seller: Regions Bank |
| 90.  IShares Core S&P Mid-Cap ETF | A | Dividend | | | Sold | 03/12/20 | J | | Seller: Regions Bank |
| 91.  IShares Russell 1000 Value ETF | A | Dividend | | | Sold | 01/14/20 | K | | Seller: Regions Bank |
| 92.  JPMorgan Equity Income Fund | A | Dividend | | | Sold | 02/03/20 | K | | Seller: Regions Bank |
| 93.  JPMorgan Hedged Equity Fund | A | Dividend | | | Sold | 03/17/20 | J | | Seller: Regions Bank |
| 94.  PGIM High Yield Fund | A | Dividend | | | Sold | 02/28/20 | J | | Seller: Regions Bank |
| 95.  PIMCO Income Fund | A | Dividend | | | Sold | 01/14/20 | J | | Seller: Regions Bank |
| 96.  US Dollar | A | Dividend | | | Distributed | 02/03/20 | J | | Buyer: Regions Bank |
| 97.  Vanguard Long Term Gov. Bond | A | Dividend | J | T | | | | | |
| 98.  GS Fin Corp SR GLBL INDX 20 | A | Dividend | | | Sold | 10/01/20 | J | | Seller: Regions Bank |
| 99.  Fidelity Money Market Portfolio | A | Dividend | | | Sold | 04/01/20 | J | | Seller: Regions Bank |
| 100.  GS Finance Corp Zero Coupon 01 Oct 2020 | A | Dividend | | | Sold | 10/01/20 | J | | Seller: Regions Bank |
| 101.  IShares Core S&P Small-Cap ETF | A | Dividend | | | Sold | 03/12/20 | J | | Seller: Regions Bank |
| 102.  IShares US Preferred Stock & Income Securities ETF | A | Dividend | | | Sold | 01/22/20 | J | | Seller: Regions Bank |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Davis, Brian J.** | 05/17/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Vanguard S&P 500 ETF | A | Dividend | | | Sold | 01/14/20 | K | | Seller: Regions Bank |
| 104. Vanguard Total Bond Market ETF | A | Dividend | J | T | | | | | |
| 105. Vanguard Total International Stock Index Fund | A | Dividend | | | Sold | 03/12/20 | J | | Seller: Regions Bank |
| 106. Princip Spec Pref & Cap-RS | A | Dividend | | | Buy | 01/22/20 | J | | Buyer: Regions Bank |
| 107. Princip Spec Pref & Cap-RS | A | Dividend | | | Sold | 02/28/20 | J | | Seller: Regions Bank |
| 108. Edward Jones - Guided Solutions Flex Account-Joint (H) | | | | | | | | | Buyer: Edward Jones |
| 109. American High-Inc Muni BD F3 | A | Dividend | J | T | Buy | 12/01/20 | J | | Buyer: Edward Jones |
| 110. IShares Russ 1000 Value ETF | A | Dividend | J | T | Buy | 12/01/20 | J | | Buyer: Edward Jones |
| 111. IShares Core S&P Small Cap ETF | A | Dividend | J | T | Buy | 12/01/20 | J | | Buyer: Edward Jones |
| 112. IShares Core S&P Mid Cap ETF | A | Dividend | J | T | Buy | 12/01/20 | J | | Buyer: Edward Jones |
| 113. IShares MSCI EAFE ETF | A | Dividend | J | T | Buy | 12/01/20 | J | | Buyer: Edward Jones |
| 114. Ish Core MSCI Emerg Mkts ETF | A | Dividend | J | T | Buy | 12/01/20 | J | | Buyer: Edward Jones |
| 115. Amern Tax-Ex Bond of Amer F3 | A | Dividend | J | T | Buy | 12/01/20 | J | | Buyer: Edward Jones |
| 116. Vanguard Growth ETF | A | Dividend | J | T | Buy | 12/01/20 | J | | Buyer: Edward Jones |
| 117. Vanguard S&P 500 ETF | A | Dividend | J | T | Buy | 12/01/20 | J | | Buyer: Edward Jones |
| 118. iShares Tr MSCI Mkts Index Fd | A | Dividend | | | Sold | 11/30/20 | J | | Seller: Edward Jones |
| 119. PIMCO Income I | A | Dividend | | | Sold | 11/30/20 | J | | Seller: Edward Jones |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Davis, Brian J.** | 05/17/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120. Pgim High Yield R6 | A | Dividend | | | Sold | 11/30/20 | J | | Seller: Edward Jones |
| 121. Vanguard Ttl BD Market ETF | A | Dividend | | | Sold | 11/30/20 | K | | Seller: Edward Jones |
| 122. Vanguard Long-Term Treasury ETF | A | Dividend | | | Sold | 11/30/20 | J | | Seller:Edward Jones |
| 123. Edward Jones Guided Solutions Flex Account (H) | | | | | | | | | Buyer: Edward Jones |
| 124. Abbott Laboratories | A | Dividend | J | T | Buy | 12/14/20 | J | | Buyer: Edward Jones |
| 125. Activation Blizzard Inc. | A | Dividend | J | T | Buy | 12/14/20 | J | | Buyer: Edward Jones |
| 126. Blackrock Inc. CI A | A | Dividend | J | T | Buy | 12/14/20 | J | | Buyer: Edward Jones |
| 127. Berkshire Hathaway Inc CI B | A | Dividend | J | T | Buy | 12/14/20 | J | | Buyer: Edward Jones |
| 128. Chevron Corp. | A | Dividend | J | T | Buy | 12/14/20 | J | | Buyer: Edward Jones |
| 129. Coca-Cola Co. | A | Dividend | J | T | Buy | 12/14/20 | J | | Buyer: Edward Jones |
| 130. Deere & Co. | A | Dividend | J | T | Buy | 12/14/20 | J | | Buyer: Edward Jones |
| 131. Walt Disney Co. | A | Dividend | J | T | Buy | 12/14/20 | J | | Buyer: Edwad Jones |
| 132. iShares Russ 100 Value ETF | A | Dividend | J | T | Buy | 12/14/20 | J | | Buyer: Edward Jones |
| 133. IShares Russ 1000 Growth ETF | A | Dividend | J | T | Buy | 12/14/20 | J | | Buyer: Edward Jones |
| 134. IShares Core S&P 500 ETF | A | Dividend | J | T | Buy | 12/14/20 | J | | Buyer: Edward Jones |
| 135. IShares Tr MSCI Mkts Index Fd | A | Dividend | J | T | Buy | 12/14/20 | J | | Buyer: Edward Jones |
| 136. JPMorgan Chase & Co. | A | Dividend | J | T | Buy | 12/14/20 | J | | Buyer: Edward Jones |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Brian J. | 05/17/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Johnson & Johnson | A | Dividend | J | T | Buy | 12/14/20 | J | | Buyer: Edward Jones |
| 138. Linda PLC | A | Dividend | J | T | Buy | 12/14/20 | J | | Buyer: Edward Jones |
| 139. Lowes Companies Inc | A | Dividend | J | T | Buy | 12/14/20 | J | | Buyer: Edward Jones |
| 140. Molson Coores Beverage Co. | A | Dividend | J | T | Buy | 12/14/20 | J | | Buyer: Edward Jones |
| 141. Medtronic PLC | A | Dividend | J | T | Buy | 12/14/20 | J | | Buyer: Edwad Jones |
| 142. McDonalds Corp. | A | Dividend | J | T | Buy | 12/14/20 | J | | Buyer: Edward Jones |
| 143. Microsoft Corp. | A | Dividend | J | T | Buy | 12/14/20 | J | | Buyer: Edward Jones |
| 144. Nvidia Corp. | A | Dividend | J | T | Buy | 12/14/20 | J | | Buyer: Edward Jones |
| 145. Nextera Energy Inc. | A | Dividend | J | T | Buy | 12/14/20 | J | | Buyer: Edward Jones |
| 146. Pepsico Inc. | A | Dividend | J | T | Buy | 12/14/20 | J | | Buyer: Edward Jones |
| 147. Salesforce Com Inc. | A | Dividend | J | T | Buy | 12/14/20 | J | | Buyer: Edward Jones |
| 148. Starbucks Corp. | A | Dividend | J | T | Buy | 12/14/20 | J | | Buyer: Edward Jones |
| 149. Vanguard Mid Cap ETF | A | Dividend | J | T | Buy | 12/14/20 | J | | Buyer: Edward Jones |
| 150. Vanguard Small Cap ETF | A | Dividend | J | T | Buy | 12/14/20 | J | | Buyer: Edward Jones |
| 151. Verizon Communications | A | Dividend | J | T | Buy | 12/14/20 | J | | Buyer: Edward Jones |
| 152. Visa Inc. CI A | A | Dividend | J | T | Buy | 12/14/20 | J | | Buyer: Edward Jones |
| 153. Zoetis Inc. | A | Dividend | J | T | Buy | 12/14/20 | J | | Buyer: Edward Jones |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Brian J. | 05/17/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 154. Regions Traditional IRA - Guided Solutions Flex Account (H) | | | | | | | | | |
| 155. iShares Tr MSCI Mkts Index Fd | A | Dividend | | | Sold | 11/30/20 | J | | Seller: Edward Jones |
| 156. Vanguard Long-Term Treasry ETF | A | Dividend | | | Sold | 11/30/20 | K | | Seller: Edward Jones |
| 157. PIMCO Income I | A | Dividend | | | Sold | 12/01/20 | K | | Seller: Edward Jones |
| 158. Vanguard Ttl BD Market ETF | A | Dividend | | | Sold | 12/01/20 | K | | Seller: Edward Jones |
| 159. iShares Russ 1000 Value ETF | A | Dividend | | | Sold | 12/01/20 | K | | Seller: Edward Jones |
| 160. iShares Core S&P Small Cap ETF | A | Dividend | | | Sold | 12/01/20 | J | | Seller: Edward Jones |
| 161. iShares Core S&P Mid Cap ETF | A | Dividend | J | T | Buy | 12/01/20 | J | | Buyer: Edward Jones |
| 162. iShares MSCI EAFE ETF | A | Dividend | J | T | Buy | 12/01/20 | J | | Buyer: Edward Jones |
| 163. JPMorgan Growth Advantage R6 | A | Dividend | J | T | Buy | 12/01/20 | J | | Buyer: Edward Jones |
| 164. American New World F3 | A | Dividend | J | T | Buy | 12/01/20 | J | | Buyer: Edward Jones |
| 165. PGIM High Yield R6 | A | Dividend | J | T | Buy | 12/01/20 | J | | Buyer: Edward Jones |
| 166. Vanguard S&P 500 ETF | A | Dividend | J | T | Buy | 12/01/20 | J | | Buyer: Edward Jones |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Davis, Brian J.** | 05/17/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

    I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

    I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

**Signature: s/ Brian J. Davis**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544